# Third District Court of Appeal

## State of Florida

Opinion filed June 26, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1940
Lower Tribunal No. 22-7044
_____


**Gabby Jolibois,**
Appellant,

vs.

**The School Board of Miami-Dade County, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Carlton Pierce, P.A., and Carlton Pierce (Boynton Beach), for appellant.

Walter J. Harvey, General Counsel, Jordan A. Madrigal, Associate General Counsel, and Sara M. Marken, Associate General Counsel, for appellees The School Board of Miami-Dade County, Florida, and Superintendent Jose L. Dotres; Nathan Soowal, P.A., and Nathan A. Soowal (Pompano Beach), for appellee Djenanne Jolibois.


Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>State, Dep't of Env't Prot. v. Garcia</u>, 99 So. 3d 539, 546 (Fla. 3d DCA 2011) ("When the issue presented in a declaratory action is the subject of an earlier filed suit in which the plaintiff can secure full relief, the trial court should not consider the request for declaratory relief."); <u>see also</u> <u>Thompson v. State</u>, 759 So. 2d 650, 660 (Fla. 2000) ("[A] court's questioning of parties as to their position does not alone constitute legally sufficient grounds for disqualification.").